## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| _____ | : |
| BENJAMIN R. | : |
|  | : |
| v. | : NO. 25-CV-1033 |
|  | : |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security | : |
| _____ | : |

## O R D E R

AND NOW, this 26 day of March, 2026, it is hereby ORDERED that the Claimant's Request for Review is GRANTED IN PART and the matter REMANDED for review of the records pertaining to Benjamin R.'s physical impairments by an independent consulting medical expert.

The Clerk of Court is hereby directed to mark this case as CLOSED.


BY THE COURT:


*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE